IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW JASON PETERSON,

    Petitioner,

v.

STATE OF WISCONSIN,

    Respondent.

ORDER

Case No. 26-cv-20-jdp

Petitioner Andrew Jason Peterson seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than February 3, 2026.

ORDER

IT IS ORDERED that:

1. Petitioner Andrew Jason Peterson may have until February 3, 2026, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before February 3, 2026, I will assume that petitioner wishes to withdraw this petition.

Entered this 13th day of January, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge